IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-MJ-1980

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARCUS T. JONES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the outstanding warrant that was issued on 5/6/2015 for failure to appear. Having carefully considered the matter, the warrant issued on 5/6/2015 at docket entry [D.E 9] is hereby STRICKEN.

SO ORDERED, this the 17th day of August 2016.

KIMBERLY A. SWANK
United States Magistrate Judge